[No. 19420-1-II.    Division Two.    August 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL W.
PICKERNELL, *Appellant*.

Appeal from a judgment of the Superior Court for
Pacific County, No. 94-8-00118-7, Joel M. Penoyar, J.,
entered April 24, 1994. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Houghton, A.C.J., and
Turner, J.

[Nos. 32257-5-I; 36552-5-I.    Division One.    August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
PACE, *Appellant*.

Appeals from judgments of the Superior Court for King
County, No. 92-1-05856-8, Janice Niemi, J., entered Janu-
ary 12, 1993 and April 4, 1995. *Remanded* by unpublished
opinion per Moynihan, J. Pro Tem., concurred in by
Coleman and Ellington, JJ.

[No. 34479-0-I.    Division One.    August 19, 1996.]

WESLEY DARLING, ET AL., *Appellants*, v.
MACPHERSON'S INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-2-03364-8, James H. Allendoerfer,
J., entered April 20, 1994. *Affirmed* by unpublished opinion
per Baker, C.J., concurred in by Coleman and Ellington,
JJ.

[No. 34504-4-I.    Division One.    August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RHONDA
L. DOTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06345-4, Harriet M. Cody, J., entered
March 18, 1994. *Affirmed* by unpublished per curiam
opinion.